FRANK GRIFFIN, Respondent, *v.* WILLIAM McMAHON et al., Respondents, and MARTHA A. MALLORY, Appellant.

(Submitted February 6, 1911; decided February 21, 1911.)

Motion for re-argument denied, without costs. (See 200 N. Y. 561.)